UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 05 B 22292
   MARGARET A MUTHART
   GEORGE L MUTHART                             CHAPTER 13

                                                JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-8248    SSN XXX-XX-8289
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/06/05 and confirmed on 08/11/05.

2. The case was converted to Chapter 7 after confirmation, 08/16/2007.

3. The Debtor paid a total of $ 7592.88 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JP MORGAN CHASE BANK | CURRENT MORTG | .00 | .00 | .00 |
| JP MORGAN CHASE BANK | MORTGAGE ARRE | 4429.25 | .00 | 4429.25 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1378.24 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1987.96 | .00 | .00 |
| CERTEGY CHECK SERVICES I | UNSECURED | NOT FILED | .00 | .00 |
| DUNSTONE FINANCIAL LLC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| SACOR SYSTEMS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 382.99 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 479.92 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 700.00 | 67.29 | 583.33 |
| AMERICAN GENERAL FINANCE | UNSECURED | 901.43 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5129.25 | .00 | 5130.54 | .00 | 10259.79 |
| PRINCIPAL PAID | 5012.58 | .00 | .00 | .00 | 5012.58 |
| INTEREST PAID | 67.29 | .00 | .00 | .00 | 67.29 |
| TOTAL PAID | 5079.87 | .00 | .00 | .00 | 5079.87 |

The Debtor's attorney, PATRICK A MESZAROS             , was allowed $   2700.00 and was paid $   500.00  direct and $   2200.00  through the plan.

The Trustee received $   313.01 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/16/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 05 B 22292 MARGARET A MUTHART & GEORGE L MUTHART